```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorney for Defendant
    FRED MAESTAZ
7
```

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. 2:10-mj-367 KJN |
| 12 | Plaintiff, ) | |
| 13 | v. ) | STIPULATION AND ORDER |
| 14 | FRED MAESTAZ, ) | Date: March 4, 2011 |
| | ) | Time: 9:00 a.m. |
| 15 | Defendant. ) | Judge: Hon. Kendall J. Newman |
| 16 | _____ ) | |

17

18      IT IS HEREBY STIPULATED between the parties through their

19 respective counsel, Rachana Shah, Special Assistant United States

20 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

21 attorney for FRED MAESTAZ, that the Court vacate the court trial on

22 February 1, 2011 at 9:00 a.m. and set a new court trial on March 4,

23 2011 at 9:00 a.m.

24      Additional time is needed to convey an offer to the defendant.

25      The parties also agree that the ends of justice served by

26 granting defendant's request for a continuance, outweigh the best

27 interest of the public and the defendant in a speedy trial, because the

28 defense requires more time to investigate and negotiate a resolution.

1  18 U.S.C. § 3161(h)(7)(A).

2      The parties stipulate that for the purpose of computing time under
3  the Speedy Trial Act, the Court should exclude time from the date of
4  this order through March 4, 2011, for defense preparation and
5  investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

6  Dated:  January 21, 2011
                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Linda C. Harter
                                          _____
                                          LINDA C. HARTER
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          FRED MAESTAZ

Dated: January 21, 2011          BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ Matthew C. Stegman
                                          MATTHEW C. STEGMAN
                                          Assistant United States Attorney

                                          **ORDER**

IT IS SO ORDERED.


Dated: January 21, 2011




                                _____
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE