DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID SNAPP AND TIMOTHY KELLY
Certified Student Attorneys
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRED MAESTAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-MJ-00367-KJN |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION AND ORDER TO ) VACATE COURT TRIAL AND SET A |
| v. | ) CHANGE OF PLEA |
| FRED MAESTAZ, | ) |
| Defendant. | ) Date: March 11, 2011 ) Time: 9:00 A.M. |
| _____ | ) Judge: Hon. Kendall J. Newman |

    It is hereby stipulated and agreed to between the United States of America through Rachana N. Shah, Special Assistant U.S. Attorney, and defendant, FRED MAESTAZ, by and through his counsel, Linda C. Harter, Chief Assistant Federal Defender, that the court trial scheduled for March 4, 2011 be vacated and a change of plea hearing set on March 11, 2011 at 9:00 am.

    Mr. Maestaz has decided to change his plea of not-guilty to guilty with an agreement with the government. The government will provide the

1  plea agreement to the court in advance of the hearing.  The parties
2  stipulate that for the purpose of computing time under the Speedy Trial
3  Act, the Court should exclude time from the date of this order until
4  March 11, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

```
DATED: February 28, 2011          Respectfully submitted,
                                  DANIEL J. BRODERICK
                                  Federal Defender


                                   /s/ Linda Harter
                                  LINDA C. HARTER
                                  Chief Assistant Federal Defender
                                  Attorney for Defendant
                                  FRED MAESTAZ


DATED: March 1, 2011              BENJAMIN B. WAGNER
                                  United States Attorney


                                   /s/ Rachana Shah
                                  Rachana N. Shah
                                  Special Assistant U.S. Attorney
                                  Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

**March 2, 2011**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order
-2-